UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

SHANNON SPENCER, individually and on behalf of all others similarly situated,

Plaintiff,

v.

L'ORÉAL USA, INC., a foreign profit corporation; SALONCENTRIC INC., a foreign profit corporation; DESIGNER FRAGRANCES & COSMETICS COMPANY, a foreign profit corporation doing business as KIEHL'S SINCE 1851, LUXURY BEAUTY STORE, and L'ORÉAL; L'ORÉAL TRAVEL RETAIL AMERICAS, INC., a foreign profit corporation; L'ORÉAL USA S/D, INC., a foreign profit corporation; and DOES 1-20, as yet unknown Washington entities,

Defendant.

NO. 2:25-cv-01603

**DEFENDANTS' ANSWER TO CLASS ACTION COMPLAINT FOR DISCRIMINATION**

Defendants L'Oréal USA, Inc.; Saloncentric Inc.; Designer Fragrances & Cosmetics Company; L'Oréal Travel Retail Americas, Inc.; and L'Oréal USA S/D, Inc. (collectively, "Defendants") hereby answer and respond to Plaintiff's Class Action Complaint for Discrimination ("Complaint") using like-numbered headings and paragraphs:

## I. NATURE OF THE EPOA

1. The allegations in Paragraph 1 purport to be a summary of the Plaintiff's action against Defendants to which no response is required. To the extent a response is required,



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

Defendants deny the allegations.

2. The allegations in Paragraph 2 are a restatement of the law to which no response is required. To the extent a response is required, Defendants deny any violation of RCW 49.58.110 (1).

3. The allegations in Paragraph 3 are a restatement of the law to which no response is required. To the extent a response is required, Defendants deny any violation of RCW 49.58.005.

4. The allegations in Paragraph 4 purport to be a summary or supporting documentation of "research" to which no response is required. To the extent a response is required, the cited article speaks for itself.

5. The allegations in Paragraph 5 are a restatement of the law and legislative history to which no response is required. To the extent a response is required, the cited history and statutes speak for themselves.

6. through 8. The allegations in Paragraphs 6 to 8 purport to be a summary of or supporting documentation of Plaintiff's action against Defendants to which no response is required. To the extent a response is required, the cited article speaks for itself.

9. The allegations in Paragraph 9 purport to be a summary of or supporting documentation of about the state of Colorado to which no response is required. To the extent a response is required, the cited article speaks for itself.

10. The allegations in Paragraph 10 purport to be a statement of the Plaintiff's action to which no response is required. To the extent a response is required, Defendants deny the allegations.

11. The allegations in Paragraph 11 are request for relief to which no response is required. To the extent a response is required, Defendants deny the allegations.

## II. JURISDICTION AND VENUE



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

12. The allegations contained in Paragraph 12 are a legal conclusion to which no response is required. To the extent a response is required, deny. The United States District Court for the W.D. of Washington has subject matter jurisdiction and is the proper venue for this action. *See* 28 U.S.C. §§ 1332 (a) and (d), and § 1441 (b).

13. Defendants admit the allegations contained in Paragraph 13 to the extent that the job for which Plaintiff allegedly applied is located in Seattle, Washington. Otherwise, this allegation calls for a legal conclusion and is denied on that basis.

**III. PARTIES**

14. Defendants lack knowledge or information sufficient to form a belief about the truth of the allegations of Plaintiff's residence and therefore, deny them. Defendants further answer that Plaintiff provided an Anacortes, Washington address in her application to Defendants. Deny the remaining allegations contained in Paragraph 14.

15. Admit that Defendant L'Oréal USA is a foreign corporation that transacts business in King County, Washington. Deny the remaining allegations contained in Paragraph 15.

16. Admit that the allegations in Paragraph 16.

17. Deny the allegations in Paragraph 17.

18. Admit that Defendant L'Oréal Travel Retail Americas, Inc. is a foreign corporation. Otherwise, this calls for a legal conclusion and L'Oréal Travel Retail Americas, Inc. denies on that basis.

19. Admit that Defendant L'Oréal USA S/D, Inc. is a foreign corporation. Otherwise, this calls for a legal conclusion and L'Oréal USA S/D, Inc. denies on that basis.

20. Defendants admit that Plaintiff purports to reserve the right to name additional defendants in Paragraph 20 and Defendants will respond to any such attempts at the appropriate time. To the extent a response is required, Defendants lack knowledge or information sufficient



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

to form a belief about the truth of the remaining allegations contained in Paragraph 20 and therefore, deny the same.

## IV. STATEMENT OF FACTS

21. The allegations contained in Paragraph 21 are a restatement of the law to which no response is required. To the extent a response is required, Defendants answer that the statute speaks for itself.

22. The allegations contained in Paragraph 22 are a restatement of the law to which no response is required. To the extent a response is required, Defendants answer that the statute speaks for itself.

23. Defendants admit that they employ more than 15 individuals.

24. Defendant L'Oréal USA, Inc. admits that it has received applications from individuals and Plaintiff in response to job postings for jobs located in Washington state since January 1, 2023. Defendants Saloncentric Inc., and Designer Fragrances & Cosmetics Company, admit that they have received applications from individuals in response to job postings for jobs located in Washington state since January 1, 2023. Based upon information and belief, deny that any individuals applied to job postings for Washington jobs with L'Oréal Travel Retail Americas, Inc. or L'Oréal USA S/D, Inc. since January 1, 2023. The remaining allegations in Paragraph 24 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the same and that class treatment is appropriate.

25. Defendants deny the allegations contained in Paragraph 25.

26. Defendants deny the allegations contained in Paragraph 26.

27. The allegations contained in Paragraph 27 are a legal conclusion to which no response is required. To the extent a response is required, Defendants deny that that they refused to post a wage scale or salary range in job postings.



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

28. Admit that Plaintiff applied for a job opening in Washington for L'Oréal USA, Inc. in November 2023. Otherwise, Deny.

29. Defendants deny the allegations in Paragraph 29 to the extent Exhibit 1 attached to Plaintiff's Complaint speaks for itself. Defendants further answer that they lack information and knowledge as to the authenticity of this exhibit and therefore, deny the same.

30. Defendants deny the allegations in Paragraph 30 to the extent Exhibit 1 attached to Plaintiff's Complaint speaks for itself. Defendants further answer that they lack information and knowledge as to the authenticity of this exhibit and therefore, deny the same.

31. Defendants lack information as to the truth or falsity of the allegations contained in Paragraph 31 and therefore, deny the same.

32. Defendants deny the allegations in Paragraph 32 concerning the posting to the extent Exhibit 1 attached to Plaintiff's Complaint speaks for itself. Defendants further answer that it lacks information and knowledge as to the authenticity of this exhibit and therefore, deny the same. Deny the remainder of Paragraph 32.

33. Defendants deny the allegations in Paragraph 33.

34. Defendants deny the allegations in Paragraph 34.

35. Defendants deny the allegations in Paragraph 35.

36. Defendants deny the allegations in Paragraph 36.

37. The allegations contained in Paragraph 37 are a restatement of the law to which no response is required. To the extent a response is required, Defendants answer that the statute speaks for itself.

38. Defendants deny the allegations contained in Paragraph 38.

39. Defendants deny the allegations contained in Paragraph 39 and that class treatment is appropriate.

40. Defendants deny the allegations contained in Paragraph 40 and that class treatment is appropriate.



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

41. The allegations contained in Paragraph 41 are a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 41 and that class treatment is appropriate.

42. The allegations contained in Paragraph 42 are a request for relief to which no response is required. To the extent a response is required, Defendants deny the allegations contained in Paragraph 42 and that class treatment is appropriate.

## V. CLASS ACTION ALLEGATIONS

43. Defendants admit Plaintiff purports to bring his claims on a class basis. Defendants deny class treatment is appropriate. Defendants deny all remaining allegations.

44. Defendants admit Plaintiff purports to bring his claims on a class basis. Defendants deny class treatment is appropriate. Defendants deny all remaining allegations.

45. Defendants admit Plaintiff purports to bring his claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 45 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants admit there are potentially dozens of individuals applied for Washington jobs with L'Oréal USA, Inc., Saloncentric Inc., and Designer Fragrances & Cosmetics Company, since January 1, 2023. Based upon information and belief, deny that any individuals applied for postings for Washington jobs with L'Oréal Travel Retail Americas, Inc. and L'Oréal USA S/D since January 1, 2023. Deny any remaining allegations.

46. Defendants admit Plaintiff purports to bring claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 46 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

47. Defendants admit Plaintiff purports to bring claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 47



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

48. Defendants admit Plaintiff purports to bring claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 48 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

49. Defendants admit Plaintiff purports to bring claims on a class basis. However, Defendants deny class treatment is appropriate. Defendants also deny they have engaged in a common course of conduct of failing to disclose the wage scale or salary range and the benefits to be offered to the hired applicant. The remaining allegations contained in Paragraph 49 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

50. Defendants admit Plaintiff purports to bring claims on a class basis. However, Defendants deny class treatment is appropriate. The allegations contained in Paragraph 50 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

## VI. CAUSES OF ACTION

### FIRST CAUSE OF ACTION
### VIOLATION OF RCW 49.58.110
***Claim of Relief for Plaintiff and the Class***

51. Defendants incorporate and reallege all preceding paragraphs as if fully stated herein.

52. Based upon information and belief, deny that Defendants L'Oréal Travel Retail Americas, Inc. and L'Oréal USA S/D have received any applications to job postings for Washington locations since January 1, 2023. The remaining allegations contained in Paragraph



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

52 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

53. 52. Based upon information and belief, deny that Defendants L'Oréal Travel Retail Americas, Inc. and L'Oréal USA S/D have received any applications to job postings for Washington locations since January 1, 2023. Defendants L'Oréal USA, Inc., Saloncentric Inc., and Designer Fragrances & Cosmetics Company admit that they have received applications from individuals in response to job postings for jobs in Washington state since January 1, 2023. The remaining allegations contained in Paragraph 53 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

54. The allegations contained in Paragraph 54 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

55. The allegations contained in Paragraph 55 constitute a legal conclusion to which no response is required. To the extent a response is required, Defendants deny the allegations.

56. The allegations contained in Paragraph 56 are a request for relief to which no response is required. To the extent a response is required, Defendants deny the allegations.

57. The allegations contained in Paragraph 57 are a request for relief to which no response is required. To the extent a response is required, Defendants deny the allegations.

## VIII. REQUEST FOR RELIEF

Defendants deny that Plaintiff and the purported class are entitled to any of the relief sought herein.

## GENERAL DENIAL

Except as expressly admitted above, Defendants deny each and every allegation in the Complaint.



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

**AFFIRMATIVE DEFENSES**

WHEREFORE, having answered the Plaintiff's Complaint, BY WAY OF FURTHER ANSWER AND DEFENSE, Defendants asserts the following affirmative defenses:

1. This Court lacks personal jurisdiction over L'Oréal Travel Retail Americas, Inc. and/or Designer Fragrances & Cosmetics Company.

2. Plaintiff has failed to state claim for which relief can be granted.

3. To the extent Plaintiff or the real parties in interest have failed to mitigate their alleged damages, Defendants are not responsible for such damages.

4. To the extent Plaintiff's damages or the damages of the real parties in interest, if any such damages exist, were caused by Plaintiff, or others not under Defendants' control, or any other superseding cause, Defendants are not responsible for such damages.

5. Any damages recovered by Plaintiff or the real parties in interest must be offset by any compensation the real parties in interest have received or could have received with reasonable diligence for the period for which they seek damages.

6. Defendants' actions and conduct, to the extent those occurred as alleged, were objectively reasonable under the circumstances of which the Defendants were then aware and complied with all legal obligations.

7. Defendants' actions or inactions were justified, legal, legitimate, and made in good faith, with reasonable grounds for believing its actions or inactions did not violate the law.

8. To the extent the doctrine of after-acquired evidence applies, pending further investigation and discovery, Defendants reserve the right to seek dismissal of some or all of Plaintiff's claims.

9. Some of Plaintiff's claims, or those of whom he seeks to represent, may be barred by the doctrines of estoppel, waiver, release, payment, and/or accord and satisfaction to the extent the alleged individual claims of any real party in interest have been resolved.



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

10. Plaintiff's claims are barred by the statute of limitations to the extent they involve transactions, events, or allegations and/or seek damages for periods of time outside the applicable limitation period.

11. The statutory damages, if any, are limited to $100 per violation applying the criteria set forth in RCW 49.58.110 (5).

12. Plaintiff's proposed class fails to satisfy the prerequisites for class or collective treatment under applicable law and, therefore, the class or collective allegations in the Complaint should be stricken and dismissed.

13. Plaintiff's Complaint fails to adequately plead a valid class or collective claim in that it fails to state a valid claim for relief as to each allegedly similarly situated putative class member and fails to identify any other potential plaintiffs.

14. Class certification is inappropriate due to conflicts of interest between Plaintiff and putative class members, or between and among putative class or subclass members.

15. Plaintiff's claims are barred to the extent that any award in this action would constitute unjust enrichment.

16. Plaintiff was not good faith, or bona fide, applicant of any Defendant.

17. Plaintiff's claims are barred by the doctrine of unclean hands.

Defendants reserve the right to amend this answer to assert additional defenses or affirmative defenses, counterclaims, third-party claims or cross-claims as may be appropriate pending further discovery, and nothing contained in this Answer to Plaintiff's Complaint should be construed as a waiver of any such additional defenses or claims.

**PRAYER FOR RELIEF**

WHEREFORE, having fully answered the Complaint and having asserted their affirmative defenses thereto, Defendants respectfully requests the following relief:

1. Dismissing this action with prejudice;



FISHER & PHILLIPS LLP
1700 SEVENTH AVENUE, SUITE 2200
SEATTLE, WA 98101
Phone: (206) 682-2308 Fax: (206) 682-7908

2. Granting Defendants their reasonable attorney's fees, costs, disbursements, and all damages proven at trial, including, but not limited to, fees and costs pursuant to any and all pertinent statutory and common law provisions; and

3. For such other and further relief in Defendants' favor against Plaintiff as the court may deem just and equitable.

DATED this 21st day of August 2025.

FISHER & PHILLIPS LLP

By *s/ Catharine M. Morisset*

Catharine M. Morisset, WSBA #29682
Meghan McNabb, WSBA # 55000
1700 7th Avenue, Suite 2200
Seattle, WA 98101
Tel: (206) 682-2308
Fax: (206) 682-7907
Email: cmorisset@fisherphillips.com
mmcnabb@fisherphillips.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under the laws of the state of Washington that on the date written below, I caused a true and correct copy of the foregoing document to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Timothy W. Emery, WSBA No. 34078
Patrick B. Reddy, WSBA No. 34092
Paul Cipriani, WSBA No. 59991
Hannah M. Hamley, WSBA No. 59020
Emery Reddy, PLLC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: emeryt@emeryreddy.com
Email: reddyp@emeryreddy.com
Email: paul@emeryreddy.com
Email: hannah@emeryreddy.com
*Attorneys for Plaintiff*

Executed on August 21, 2025, in accordance with 28 USC § 1746, at Seattle, Washington.

Jazmine Matautia